00 THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**               **CASE NO. 4:00CR00042-04 JMM**

**ADELL HENRY, JR.**

## JUDGMENT

Pending before the Court is defendant's unopposed *pro se* Motion for Early Termination From Supervised Release. For good cause shown, the motion is granted (#175). The December 22, 2000 Judgment in this case is amended to reflect that the defendant Adell Henry, Jr.'s supervised release is terminated as of the date of this Amended Judgment.

The Clerk of the Court is directed to provide the United States Marshal and the United States Probation Office with a copy of this Amended Judgment. The Clerk is directed to mail a copy of this Amended Judgment to the defendant.

IT IS SO ORDERED THIS   24   day of   November  , 2009.

James M. Moody
United States District Judge